# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 9, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160245-6

RAYMOND GUZALL, III, and
RAYMOND GUZALL, III, P.C.,
      Plaintiffs-Appellants,

v

BARRY A. SEIFMAN, and BARRY A.
SEIFMAN, P.C.,
      Defendants-Appellees.
_____/

SC: 160245, 160246
COA: 344507, 345190
Wayne CC: 18-000343-CB

On order of the Chief Justice, upon stipulation of the parties, the applications for leave to appeal are DISMISSED with prejudice as to defendants-appellees David Warren and Joelson Rosenberg, P.C., only.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 9, 2019



Clerk